UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

                            Plaintiff,

            -against-

UNITED NATIONS,

                            Defendant.

25 CIVIL 5674 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

 Dated:   July 16, 2025

            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge